GUNTER & MUNSON V. AUSTIN COLLEGE.

(No. 1266, R. Book No. 4, p. 206.)

APPEAL from Grayson County.   Opinion by WILLSON, J.

**§ 248.** *Ratification of an unauthorized act of a third party binding, when.* It is a well settled doctrine that the ratification of an unauthorized act must, in order to bind the party against whom it is set up, be made with a full knowledge of all the material facts; and if the material facts be unknown to such party, there is no ratification. [Com. Bank v. Jones, 18 Tex. 811; Reese v. Medlock, 27 Tex. 120; Story's Agency, sec. 251a.]

November 4, 1882.    Reversed and remanded.

---

T. & P. R. R. Co. v. T. J. WILLIAMS.

(No. 2214, R. Book No. 4, p. 209.)

APPEAL from Grayson County.   Opinion by WINK-LER, J.

**§ 249.** *Joint owner; suit by.* One of several joint owners cannot maintain a suit to recover his undivided or individual interest in property destroyed. [Stachely v. Pierce, 28 Tex. 328.]

**§ 250.** *Damages; measure of, for property destroyed.* The measure of damages for property destroyed is the market value of the property at the time and place where destroyed. [Masterson v. Goodlett, 46 Tex. 406.] And in such cases it is the duy of the court to instruct the jury as to what is the legal meaning of market value. [R. R. Co. v. Le Gierse, 51 Tex. 203.]

May 3 1882.    Reversed and remanded.